IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES L. WILLIAMS,

      Plaintiff,                    No. CIV S-09-0540 JAM EFB P

    vs.

L. ORTIZ, et al.,

      Defendants.        ORDER
_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests to modify the December 22, 2010, discovery and scheduling order. *See* Fed. R. Civ. P. 16(b).

    Good cause appearing, plaintiff's January 31, 2011, request is granted and the December 22, 2010, discovery and scheduling order is modified as to the following dates:

    1. The parties may conduct discovery until June 10, 2011. Any motions necessary to compel discovery shall be filed by that date. All requests for discovery pursuant to Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than April 10, 2011;

    2. Motions to amend the complaint shall be filed no later than June 10, 2011; and

////

////

1

1     3. Dispositive motions shall be filed on or before September 2, 2011.

2 DATED: February 7, 2011.

                                    EDMUND F. BRENNAN
                                    UNITED STATES MAGISTRATE JUDGE